**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HAMILTON SELECT INSURANCE, INC.**<br><br>**PLAINTIFF,**<br><br>v.<br><br>**GAYLE HEARD, JAMIE WHITE, FOREST MARTIN, AND KRAUSE AND KINSMAN TRIAL LAWYERS, LLC**<br><br>**DEFENDANTS.** | **CIVIL ACTION NO. 2:24-CV-2577**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE MICHAEL NORTH** |

**DECLARATION OF JEFFREY D. KESSLER**
**UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. §1746**

1.) My name is Jeffrey D. Kessler. I am an attorney with the law firm of Sher Garner Cahill Richter Klein & Hilbert, LLC and counsel of record for Defendant/Third-Party Plaintiff Krause and Kinsman Trial Lawyers, LLP ("KKTL") in the referenced matter.

2.) I submit this Declaration pursuant to Rule 56(c)(4) of the Federal Rules of Civil Procedure in opposition to the motion for summary judgment filed by Plaintiff Hamilton Select Insurance, Inc. ("Hamilton") and in support of KKTL's Cross-Motion for Summary Judgment.

3.) I am familiar with the record in this matter and submit this Declaration based on matters within my personal knowledge. The documents identified herein consist of pleadings in this case, exhibits to pleadings in this case, or documents produced by the parties in response to discovery requests and/or in connection with their initial disclosures in this case.

4.) Attached hereto as **Exhibit A** is a true and correct copy of the Lawyers Professional Liability Policy No. EOHS328534 issued by Hamilton to KKTL effective June 4, 2023 to June 4, 2024 (the "2023-24 Policy").

5.) Attached hereto as **Exhibit B** is a true and correct copy of the Lawyers Professional Liability Policy No. EOHS328534-01 issued by Hamilton to KKTL effective June 4, 2024 to June 4, 2025 (the "2024-25 Policy").

6.) On November 16, 2023, a lawsuit was filed against KKTL and McClenny Moseley & Associates, PLLC captioned *Meco Wagner v. McClenny Moseley & Associates, PLLC, N/K/A MMA Law Firm, PLLC, et al.*, Civil Action No. 2:23-cv-06904 pending in the United States District Court for the Eastern District of Louisiana (the "Wagner Lawsuit"). Attached hereto as **Exhibit C** is a true and correct copy of the Second Amended and Supplemental Complaint and Request for Jury Trial Before Answer filed on November 30, 2023 in the Wagner Lawsuit.

7.) KKTL provided formal notice of the Wagner Lawsuit to Hamilton on January 22, 2024 during the 2023-24 Policy period and sought defense and indemnity coverage. Attached hereto as **Exhibit D** is a true and correct copy of Hamilton's January 26, 2024 letter agreeing to defend KKTL against the Wagner Lawsuit. Attached hereto as **Exhibit E** is a true and correct copy of the June 28, 2024 Order dismissing the Wagner Lawsuit.

8.) On August 29, 2024, a putative class action lawsuit was filed against KKTL captioned *Gayle Heard, Jamie White, Forest Martin, and others similarly situated v. Krause and Kinsman Trial Lawyers, LLC*, Case No. 2024-08026, Division J-15, Civil District Court for the Parish of Orleans, State of Louisiana (the "Heard Lawsuit"). Attached hereto as

        **Exhibit F** is a true and correct copy of the Petition for Damages and Request for Class Action Status filed in the Heard Lawsuit, which was later amended on December 5, 2024.

9.) Attached hereto as **Exhibit G** is a true and correct copy of Hamilton's October 30, 2024 denial letter denying coverage for the Heard Lawsuit.

10.) Hamilton filed the instant action against KKTL (and others) on October 31, 2024. KKTL propounded Interrogatories, Requests for Admission, and Requests for Production of Documents (the "Discovery Requests") on Hamilton. Attached hereto as **Exhibit H** is a true and correct copy of KKTL's Discovery Requests.

11.) Hamilton produced 4,343 pages of documents in response to KKTL's Discovery Requests. Attached hereto as **Exhibit I(1)-(7)** are true and correct copies of Hamilton's email communications in the form they were produced by Hamilton in response to KKTL's Discovery Requests. Specifically,

- **Exhibit I(1)** – January 23, 2024 (10:55 am) Email from Nikki Woodell-Shaw to Jon Gutleber;

- **Exhibit I(2)** – June 4, 2024 (1:46 pm) Email from Jon Gutleber to Justin Hood;

- **Exhibit I(3)** – June 4, 2024 (11:59 pm) Email from Justin Hood to Colleen Waldeck;

- **Exhibit I(4)** – June 5, 2024 (11:33 am) Email from Justin Hood to Colleen Waldeck;

- **Exhibit I(5)** – June 6, 2023 (3:28 pm) Email from Justin Hood to Coleen Waldeck;

- **Exhibit I(6)** – June 9, 2023 (5:38 am) Email from Jon Gutleber to Michele McCrohan; and

- **Exhibit I(7)** – October 25, 2024 (1:25 pm) Email from Michele McCrohan to Justin Hood.

\*     \*     \*

12.) I declare, under penalty of perjury and the laws of the United States of America, that the above and foregoing is true and correct.

_____
JEFFREY D. KESSLER

Executed on: July 15, 2025